WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edgar Pavon Garcia,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Price, et al.,<br><br>    Defendants. | No. CV-15-1544-PHX-ROS (DKD)<br><br>**ORDER** |

This Order addresses Plaintiff Edgar Pavon Garcia's motion for the appointment of counsel because his "eye sight has gotten worse in the past months" and he is now "legally blind and has no one in [the] Department of Corrections that can help him read or write." (Doc. 65) The Court observes that Plaintiff has not informed the Court how he completed and filed this Motion for Appointment of Counsel given the limitations he describes and whether he has attempted to obtain any assistance in responding to Defendants' Motion for Summary Judgment. It is the Court's experience that inmates often receive assistance from others, such as fellow inmates, in reading and preparing filings. Accordingly,

**IT IS THEREFORE ORDERED** denying without prejudice Plaintiff's Motion for Appointment of Counsel (Doc. 65). Plaintiff may refile his motion and respond to the Court's observation and inquiry described above within 14 days.

On the Court's own motion, **IT IS FURTHER ORDERED** extending the time for Plaintiff to respond to Defendants' Motion for Summary Judgment until 30 days from the date of this Order.

**IT IS FURTHER ORDERED** that Defendants may file a reply within 15 days after service of Plaintiff's response.

Dated this 12th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge